IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHANIE A. YZAGUIRRE, | ) | 1:08-cv-00040 LJO GSA |
| | ) | |
| | ) | ORDER REQUIRING PLAINTIFF |
| | ) | TO SUBMIT NEW |
| | ) | IN FORMA PAUPERIS |
| Plaintiff, | ) | APPLICATION |
| | ) | (Document 2) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 8, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. In addition, on January 8, 2008, Plaintiff filed a document entitled "Application and Affidavit for Leave to Proceed In Forma Pauperis." (Document 2.) However, Plaintiff's application and affidavit do not contain the necessary information for this Court to determine whether to grant or to deny Plaintiff leave to proceed in forma pauperis.

Accordingly, Plaintiff is ORDERED to submit a new application to proceed in forma pauperis within twenty (20) days of the date of this Order. The Clerk of this Court shall send Plaintiff the proper application to proceed without prepayment of fees.

//

1

1 | Failure to comply with this order may result in a recommendation that this action be
2 | dismissed.
3 | IT IS SO ORDERED.
4 | Dated:   **January 10, 2008**               /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE