1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   STEPHANIE A. YZAGUIRRE,

10                          Plaintiff,

11   v.

12   MICHAEL J. ASTRUE, Commissioner of
     Social Security,

13

14                          Defendant.

15   _____/

CASE NO. 1:08-cv-00040 GSA

ORDER REQUIRING PLAINTIFF TO FILE
OPPOSITION OR STATEMENT OF NON-
OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS WITHIN THIRTY DAYS

(Doc. 13)

16        On July 7, 2008, Defendant filed a motion to dismiss for lack of subject matter jurisdiction.

17   Plaintiff was served with the motion by mail on July 23, 2008.  Pursuant to the Scheduling Order in

18   this matter, Plaintiff was required to file any opposition to the motion within fourteen (14) days after

19   service of the motion, but has not done so.

20        Accordingly, within **thirty (30) days** from the date of this order, Plaintiff must file an

21   opposition or a statement of non-opposition to Defendant's motion to dismiss for lack of subject

22   matter jurisdiction.  If Plaintiff fails to comply with this order, the court will decide the motion on

23   the merits and Defendant's moving papers.

24
25
26        IT IS SO ORDERED.

27   Dated:   **August 13, 2008**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE
28

1